IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**STEVEN GREGORY MILLER, # 72922**                                    **PLAINTIFF**

**VERSUS**                                   **CIVIL ACTION NO. 5:15cv26-DCB-JCG**

**LARRY LEE, DR. JAMES BURKE,
GABRIEL WALKER, FRANK SHAW,
SHEIDRA ARRINGTON, M.T.C.,
LIEUTENANT BURGE, AARON
MCGARY, and MICHAEL JAYNES**                                    **DEFENDANTS**

## ORDER GRANTING VOLUNTARY DISMISSAL

BEFORE THE COURT is *pro se* Plaintiff Steven Gregory Miller's Notice of Voluntary Dismissal [31], which the Court has construed as a motion to dismiss. Plaintiff is incarcerated with the Mississippi Department of Corrections, and on March 9, 2015, he filed this action challenging the conditions of his confinement. Plaintiff now moves to dismiss this case, pursuant to Federal Rule of Civil Procedure 41(a). The Court has considered the Plaintiff's submission and the relevant legal authority.

The Defendants who have appeared and answered in this case have notified the Court that they do not object to the motion. The motion is therefore granted.

IT IS THEREFORE ORDERED AND ADJUDGED that *pro se* Plaintiff Steven Gregory Miller's Notice of Voluntary Dismissal [31], which the Court construes as a motion to dismiss, should be, and is hereby, granted. This case is dismissed without prejudice. A separate final judgment shall issue pursuant to Federal Rule of Civil Procedure 58.

So ordered and adjudged, this the 10th day of September, 2015.

                                                     s/David Bramlette
                                                 UNITED STATES DISTRICT JUDGE